## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**DANIEL JASON GONZALES,**

      **Plaintiff,**

v.                                                                                    **CIVIL ACTION NO. 5:23CV345**
                                                                                          **(BAILEY)**

**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

On December 1, 2023, Plaintiff filed a Complaint for review of the decision of the Commissioner of Social Security. ECF No. 1. On the same date, the clerk sent to Plaintiff a Notice of General Guidelines for Appearing Pro Se in Federal Court. ECF No. 2. On January 4, 2024, Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit was granted. ECF No. 10.

On January 18, 2024, Defendant filed the Social Security Administrative Record. ECF No. 12. On February 2, 2024, the Court entered an Order which provided that, within thirty (30) days of the filing of said Order, Plaintiff was to file a brief setting forth all errors Plaintiff alleges entitle him to relief in this matter. ECF No. 13. Plaintiff was served with a copy of this Order on February 7, 2024. ECF No. 14. To date, Plaintiff has not filed his opening brief.

On April 30, 2024, the Court entered an Order to Show Cause given Plaintiff's failure to file his opening brief. ECF No. 15. This Order was served upon Plaintiff on or about May 3, 2024. ECF No. 16. Plaintiff had fourteen days to respond. To date, Plaintiff has failed to file any response to the Court's April 30, 2024, Order.

As a result of the foregoing, the undersigned **FINDS** that Plaintiff has failed to prosecute his case as required under applicable statutory and local rules. Accordingly, and for all of the foregoing reasons, the undersigned **RECOMMENDS** that this matter be **DISMISSED** for failure to prosecute.

**Any party who appears *pro* se and any counsel of record, as applicable, may, within fourteen (14) days after being served with a copy of this Report and Recommendation, file with the Clerk of the Court written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for such objection.**

**A copy of such objections should be submitted to the District Judge of Record. <u>Failure to timely file objections to the Report and Recommendation set forth above will result in waiver of the right to appeal from a judgment of this Court based upon such Report and Recommendation</u>.** *See* **28 U.S.C. § 636(b)(1);** *Wright v. Collins*, 766 F.2d 841, 845-48 (4th Cir. 1985); *United States v. Schronce*, **727 F.2d 91, 94 (4th Cir. 1984),** *cert. denied*, **467 U.S. 1208 (1984);** *see also Thomas v. Arn*, **474 U.S. 140, 155 (1985).**

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and all counsel of record, as in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: 5/23/2024

*/s/ James P. Mazzone*
JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE